UNITED STATES DISTRICT COURT
FOR THE
~~NORTHERN DISTRICT OF INDIANA~~
~~SOUTH BEND DIVISION~~
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Rodolfo Antonio Lopez, Jr.,
Petitioner,

v.

Donald Trump,
U.S. Attorney General,
U.S. Department of Justice,
State of Florida,
Florida Department of Corrections,
U.S. Corrections Transport Services,
Respondents.

Case No. 6:20-cv-965-ORL-18-DCJ
(To be supplied by the Clerk of the Court).

FILED 2020 JUN -8 PM 3:53

## NOTICE OF CLAIM

Comes now the Petitioner, Mr. Lopez, hereby files Notice of Claim against Respondent Partys Donald Trump, U.S. Attorney General, U.S. Department of Justice, State of Florida, Florida Department of Corrections, U.S. Corrections. The Petitioner provides the following reason(s) contained herein:

1. All Respondents are guilty of criminal conspiracy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS _____ NOTICE OF CLAIM _____
IS SENT ON THIS 1st DAY OF JUNE 2020 IN GOOD FAITH VIA REGULAR MAIL TO THE FOLLOWING PERSON(S):

U.S. DISTRICT COURT
401 W. CENTRAL BLVD, SUITE 1200
ORLANDO, FL 32801-0120


_____
PRIVATE ATTORNEY / Ralph F. Autiwe Loer, JR.